★

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

**In re:**                      )     **Judge Russ Kendig**

                                      )

_____,    )     **Case No.**   _____

                                        )

**Debtor(s)**                   )     **Chapter 13 Plan**

                                        )     **Confirmation Review Summary**

1.     Real estate retained

        Address: _____
                        _____

| County | PPN | Yr. of Purchase | Purchase Price | Estimated Value |
|---|---|---|---|---|
| | | | | |

        Source of value estimation: _____

| Mortgages/liens | Creditor | Order of Priority/Property | Amount | Paid or Avoided |
|---|---|---|---|---|
| | | | | |

        Monthly payments to be made by trustee or debtor:_____.

        If owned in any part with anyone other than a co-debtor, explain fully. _____
        _____
        _____.

2.     Percentage to general unsecured creditors: \_\_\_\_\_ %

3.     Income

        A.     Debtor(s)' gross income (from line 22 of 1040 or line 15 of 1040A or line 1 of 1040EZ forms <u>only</u> or the corresponding lines on revised IRS forms).

20-60571-rk   Doc 6   FILED 03/26/20   ENTERED 03/26/20 13:02:23   Page 1 of 2

Last full calendar year $

Year prior to last full calendar year $

B.      Estimated monthly income

Gross  $_____   _

Net    $_____

C.      Explain any discrepancy between actual income reported in 3A and estimated income in 3B. _____
_____
_____.

4.      Current employment          (Debtor)          (Spouse)

A.      Employer

B.      Job title

5.      Answer to question 10 from Statement of Affairs: _____
_____.

6.      Attorney fees (amount)

7.      If debtor is married and this is not a joint petition, explain why:_____
_____
_____.

_____
Attorney's Signature - Name typed below


_____

Signed under the pains and penalty        Signed under the pains and penalty
of perjury.                              of perjury.

_____      _____
Debtor's Signature - Name typed below      Debtor's Signature - Name typed below


_____      _____