UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
CANTON DIVISION

| | |
|---|---|
| In re: ) | Case No. 20-60571 |
| ) | |
| VENESSA (NMN) BUTLER ) | |
| ) | Chapter 13 |
| ) | |
| Debtor. ) | Judge Russ Kendig |
| ) | |
| ) | <u>NOTICE OF APPEARANCE</u> |
| ) | <u>OF COUNSEL AND REQUEST</u> |
| ) | <u>FOR NOTICES</u> |
| ) | |

   Now comes Jonathon C. Elgin, Assistant Prosecuting Attorney, Richland County, Ohio, and hereby enters his appearance on behalf of the creditor **RICHLAND COUNTY TREASURER**. Pursuant to Fed. R. Bankr. P. 2002(g), counsel respectfully requests that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served at the address set forth for it in the proofs of claim and also at the following address and email address:

  Jonathon C. Elgin
  Richland Co. Prosecutor's Office
  38 S. Park Street, Second Floor
  Mansfield, Ohio 44902
  419-774-5676 (Phone)
  419-774-5889 (Fax)
  jcelgin@richlandcountyoh.us

Please take further notice that the counsel's request includes not only the notices referred to in Fed. R. Bankr. P. 2002, 9007, and 9010, but also includes, without limitation, any orders, applications, motions, petitions, plans, pleadings, requests, complaints or other papers which affect or seek to affect in any way the procedural or equitable rights or interests of Richland County, Ohio. Counsel

requests that he be added to the Clerk's mailing matrix in this case.

> Respectfully submitted,
>
> /s/Jonathon C. Elgin
> Jonathon C. Elgin (0096390)
> Assistant Prosecuting Attorney
> Richland County Prosecutor's Office
> 38 South Park Street, Second Floor
> Mansfield, OH 44902
> 419-774-5676
> jcelgin@richlandcountyoh.us
> *Attorney for Creditor*
> *Richland Co. Treasurer*

## CERTIFICATE OF SERVICE

The undersigned certifies that on 21st day of May, 2020, a true and accurate copy of the foregoing NOTICE OF APPEARANCE OF COUNSEL AND REQUEST FOR NOTICES was served via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

Douglas L. Thrush, Esq. on behalf of Venessa Butler, debtor, at bankruptcy@dlthrushbk.com

Dynele L Schinker-Kuharich, Esq. on behalf of the Chapter 13 Trustee's office at DLSK@Chapter13Canton.com

Joshua Ryan Vaughan, Esq. at jvaughan@amer-collect.com

Jason K. Wright, Esq. jwright@weltman.com

Any by regular U.S. mail, postage prepaid on:

Venessa Butler, Debtor, 198 Helen Ave, Mansfield, Ohio 44906

> /s/ Jonathon C. Elgin
> Jonathon C. Elgin (0096390)