# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 Proceedings |
| Venessa (NMN) Butler, | : | Case No.: 20-60571 |
| | : | Judge Russ Kendig |
| Debtor. | | |

## NOTICE OF CONTINUED HEARING

Now comes Dynele L. Schinker-Kuharich, Standing Chapter 13 Trustee, and states that the Confirmation Hearing, and Objections thereto, has been continued to October 14, 2020, at 2:00 p.m. at the United States Bankruptcy Court, Ralph Regula Federal Bldg., 401 McKinley Avenue S.W., Canton, Ohio 44702.

/s/ Dynele L. Schinker-Kuharich
Dynele L. Schinker-Kuharich (0069389)
Chapter 13 Trustee
A. Michelle Jackson Limas (0074750)
Staff Counsel to the Chapter 13 Trustee
200 Market Avenue North, Ste. 30
Canton, OH 44702
Telephone: 330.455.2222
Facsimile: 330.754.6133
Email: DLSK@Chapter13Canton.com

# CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2020, a true and correct copy of the Notice of Continued Hearing was served via the Court's Electronic Case Filing System upon these entities and individuals who are listed on the Court's Electronic Mail Notice List:

- Office of the United States Trustee at [RegisteredEmailAddress]@usdoj.gov
- Office of the Chapter 13 Trustee, at dlsk@Chapter13Canton.com
- Douglas L. Thrush, Counsel for Venessa (NMN) Butler, at bankruptcy@dlthrushbk.com

and by regular U.S. Mail, postage prepaid, upon:

Venessa (NMN) Butler, Debtor
198 Helen Avenue
Mansfield, OH 44906

/s/ Dynele L. Schinker-Kuharich
Dynele L. Schinker-Kuharich
Chapter 13 Trustee